UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GURBINDER SINGH, | ) | 1:06-CV-01886 AWI DLB HC |
| Petitioner, | ) ) ) | |
| v. | ) ) | ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS |
| ALBERTO GONZALES, et al., | ) ) ) | |
| Respondents. | ) ) | |

    Petitioner has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The petition alleges that the mandatory and indefinite detention of Petitioner violates Petitioner's substantive and procedural due process rights under the Due Process Clause of the Fifth Amendment to the Constitution.

    On May 1, 2007, Respondent filed a motion to dismiss for mootness. Respondent contends the case is moot because the Petitioner has been removed. Respondent has provided the Court with a copy of the DACS Custody Summary Inquiry showing Petitioner was removed on January 30, 2007.  See Exhibit A, Respondent's Motion to Dismiss.  In addition, the Court notes that the orders served on Petitioner have been returned by the U.S. Postal Service as undeliverable.

    Because Petitioner is no longer in custody, the case is moot.  The case or controversy requirement of Article III of the Federal Constitution deprives the Court of jurisdiction to hear

1  moot cases. Iron Arrow Honor Soc'y v. Heckler, 464 U.S. 67, 70 104 S.Ct. 373, 374-75 (1983);
2  NAACP., Western Region v. City of Richmond, 743 F.2d 1346, 1352 (9th Cir. 1984).  A case
3  becomes moot if the "the issues presented are no longer 'live' or the parties lack a legally
4  cognizable interest in the outcome." Murphy v. Hunt, 455 U.S. 478, 481, 102 S.Ct. 1181, 1183
5  (1984).  The Federal Court is "without power to decide questions that cannot affect the rights of
6  the litigants before them" North Carolina v. Rice, 404 U.S. 244, 246, 92 S.Ct. 402, 406 (1971)
7  *per curiam*, *quoting* Aetna Life Ins. Co. v. Hayworth, 300 U.S. 227, 240-241, 57 S.Ct. 461, 463-
8  464 (1937).

      Because the instant case is moot, the Court must DISMISS the petition.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that the petition for writ of habeas corpus is DISMISSED as moot. The Clerk of Court is DIRECTED to enter judgment.

IT IS SO ORDERED.

**Dated:   May 10, 2007**                            /s/ Anthony W. Ishii
                                                UNITED STATES DISTRICT JUDGE